PLAINTIFF/PETITIONER/MOVANT'S NAME: James Lynn O'Hines

PRISON NUMBER 197067

PLACE OF CONFINEMENT ASPC Florence State Prison Arizona

ADDRESS Box 3400 1-0-40 Smu II Eyman Complex Florence Az. 85232

**FILED**
JAN 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District Of California

James Lynn O'Hines,
    Plaintiff/Petitioner/Movant
v.
San Diego Corrections Agents, et al,
    Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)
Civil No. 07-2241 BTM (NLS)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
    If "Yes," state the place of your incarceration
    Are you employed at the institution?           ☐ Yes ☒ No
    Do you receive any payment from the institution?    ☐ Yes ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☒ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
   _Robert Dougherty Uncle aka Henry Boney. "Boneys Mkts" 4000 Blk of Park Blvd San Diego Ca. 92103 19.8 to 24.8 of stock in total national gross profit_

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _N/A_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment  ☒ Yes ☐ No
   b. Rent payments, royalties interest or dividends  ☒ Yes ☐ No
   c. Pensions, annuities or life insurance  ☒ Yes ☐ No
   d. Disability or workers compensation  ☒ Yes ☐ No
   e. Social Security, disability or other welfare  ☒ Yes ☐ No
   e. Gifts or inheritances  ☒ Yes ☐ No
   f. Spousal or child support  ☒ Yes ☐ No
   g. Any other sources  ☒ Yes ☐ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.
   _Unestimatable. per cents in private enterprises. Accounts, SSI/SSO, and Contracts of verbal consent._

4. Do you have any checking account(s)? ☒ Yes ☐ No
   a. Name(s) and address(es) of bank(s): _Bank of America_
   b. Present balance in account(s): _100,000.00 to 1,000,000.00_

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No
   a. Make:                    Year:             Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☒ Yes  ☐ No
   If "Yes" describe the property and state its value. Undetermined. Unsettled. Moultrie County Il. Sixth Judicial Circuit. Keith Urban © Kato Kalin ©. Songs and crime victim compensations.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Juvenile female child Ms. Kimberly Lee Lee. Senior Citizen Father J. Daniel Hines niece: Ms. Jasmine Dougherty. HIV+ brother C. Daniel Hines niece Ms. J. Colbert

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   Federal and State governmental offices for court costs.
   I.R.S.
   Social Security.

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): Moultrie County Illinois Sixth Judicial Circuit. (5) Five acres of corn either ethanol or co-op grain corn or sweet corn. Bot A deposits. 1974 to 3/26/06. # A.E. Staley credit union $5000.00) "Song lyrics" various Artists ©J

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.

   "Indigent welfare status" approx: 10.00 to 15.00 a month. No funds. As I'm welfare. #

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

12-11-07
DATE

_James Lynn D' Hines_
SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __James Lynn O' Hines__,
(NAME OF INMATE)

__197067__,
(INMATE'S CDC NUMBER)

has the sum of $ __0.00__ on account to his/her credit at __ASPC Florence__

__South Eymon Complex__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __0.00__

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ __0.00__,

and the *average monthly deposits* to the applicant's account was $ __0.00__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

__12/11/07__
DATE

__Ford__   X
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__D Ford__   X
OFFICER'S FULL NAME (PRINTED)

__COIII__   X
OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)            -4-            ::ODMA\PCDOCS\WORDPERFECT\22835\1

# TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
## (Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed <u>in forma pauperis</u>.)

I, __James Lynn O'Hines 197067__, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)

custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☑ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__12-11-07__  
DATE

__James Lynn O'Hines__  
SIGNATURE OF PRISONER

```
BK03 0 197067 20070501 A14    Front & Back copies please    12/14/07 12:34:53
DOCPCICS-C    DISP           Arizona Department Of Corrections         PAGE    3
ADC#: 197067 -                   Inmate Bank Account            From: 20071201
For : HINES, JAMES L.         Loc: A21 ASPC-E SMU II   F/B      To:

Post Dte Batch# Item D/W Date Type           Amount Refrnc Remitter
20071120 A21376 0032 20071120 POST LGL-H       .58  A21    LEGAL POSTAGE
20071120 A21376 0034 20071120 POST LGL-H       .92  A21    LEGAL POSTAGE
20071120 A21376 0037 20071120 POST LGL-H       .41  A21    LEGAL POSTAGE
20071121 A21381 0001 20071121 POST N/L-H      3.00  A21    POSTAGE
20071121 A21381 0003 20071121 POST N/L-H       .41  A21    POSTAGE
20071121 A21381 0014 20071121 POST N/L-H       .58  A21    POSTAGE
20071210 A21404 0001 20071210 POST LGL-H      1.48  A21    POSTAGE
20071210 A21404 0002 20071210 POST LGL-H      1.48  A21    POSTAGE
20071210 A21404 0003 20071210 POST LGL-H      2.67  A21    POSTAGE
20071210 A21404 0004 20071210 POST LGL-H      7.50  A21    POSTAGE
20071210 A21404 0005 20071210 POST LGL-H      2.33  A21    POSTAGE
20071210 A21403 0010 20071210 POST LGL-H      1.81  A21    LEGAL POSTAGE
20071210 A21404 0011 20071210 POST LGL-H      1.47  A21    POSTAGE
20071210 A21404 0012 20071210 POST LGL-H      1.64  A21    POSTAGE
20071210 A21401 0010 20071210 LGL SUPL-H      2.88  A21    LEGAL SUPPLIES

Bgn Bal:       0.00   Current Bal:       0.00      Spendable Bal:       0.00
MORE...
```

```
BK03 0 197067 20070501 A14                               12/14/07 12:35:38
DOCPCICS-C    DISP           Arizona Department Of Corrections         PAGE    3
ADC#: 197067 -                   Inmate Bank Account            From: 20071201
For : HINES, JAMES L.         Loc: A21 ASPC-E SMU II            To:

Post Dte Batch# Item D/W Date Type           Amount Refrnc Remitter
20071210 A21401 0010 20071210 LGL SUPL-H      2.88  A21    LEGAL SUPPLIES
20071212 A21408 0002 20071212 POST LGL-H       .75  A21    LEGAL POSTAGE
20071212 A21408 0003 20071212 POST LGL-H       .41  A21    LEGAL POSTAGE

Bgn Bal:       0.00   Current Bal:       0.00      Spendable Bal:       0.00
END OF DATA
```